IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00468-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SHAW,

    Defendant.

---

## ORDER SETTING TRIAL DATE

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **November 27, 2006** and responses to these motions shall be filed by **December 4, 2006**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Tuesday, January 16, 2007 at 9:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a two-day jury trial is set for **Monday, January 22, 2007 at 1:30 p.m.**

    DATED: November 16, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge