IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00468-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL SHAW,

      Defendant.

---

## ORDER RESETTING CHANGE OF PLEA HEARING

---

Counsel failed to timely submit copies of the change of plea documents to undersigned's Chambers prior to the change of plea hearing in this matter set for February 20, 2007 at 10:00 a.m., as required by this Court's minute order (Dkt. # 16) dated January 3, 2007.  Therefore, the Court VACATED said hearing.  It is hereby

ORDERED that the change of plea hearing is RESET to **Friday, March 2, 2007 at 8:30 a.m.**

DATED:  February 21, 2007

BY THE COURT:

s/ Phillip S. Figa

_____

Phillip S. Figa
United States District Judge