IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00468-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SHAW,

    Defendant.

___

**ORDER RESETTING TIME OF CHANGE OF PLEA HEARING**
___

On the verbal request of both government and defense counsel, the change of plea hearing on behalf of Defendant Michael Shaw currently set for March 2, 2007 at 8:30 a.m. is RESET to March 2, 2007 **at 2:15 p.m.**

    DATED:  February 26, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge