UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00468-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL SHAW,

        Defendant.

## ORDER RESETTING SENTENCING HEARING

On March 23, 2007 this case was reassigned to the undersigned. Due to a scheduling conflict,

**IT IS ORDERED** that the sentencing hearing currently scheduled for **May 29, 2007 is VACATED** and reset to **June 18, 2007 at 10:45 a.m.** in United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Any objections to this resetting shall be filed within 10 days of the date of this order, responses to those objections within 3 days.

Dated this 23rd day of March, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge